**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Hernandez Richter, | No. CV-20-00205-TUC-CKJ |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, | |
| Respondent. | |

Before this Court is Petitioner Fernando Hernandez Richter's unopposed Motion to Dismiss Habeas Petition as Moot. In it, Richter informs the Court that the state court granted his Post-Conviction Petition and vacated Mr. Richter's convictions, the same convictions that are the subject of this habeas proceeding. The Court has been informed that there is no longer a case in controversy.

**Accordingly**,

IT IS ORDERED that the Motion to Dismiss (Doc. 90) the case as MOOT is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

Dated this 4th day of June, 2024.

Honorable Cindy K. Jorgenson
United States District Judge